COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER OF STAY AND ABATEMENT FOR BANKRUPTCY

Appellate case name: *Ephor Group, LLC v. Affiliated Solutions, LLC d/b/a Litcap and ORW Resources, LLC*

Appellate case number: 01-18-00423-CV

Trial court case number: 2017-81583

Trial court: 281st District Court of Harris County

On February 6, 2019, the appellant, Ephor Group, LLC, filed a Suggestion of Bankruptcy informing this Court that it has filed a petition for relief under Chapter 7 of Title 11, United States Code, in Cause Number 19-30193 in the United States Bankruptcy Court for the Southern District of Texas. It is **ordered** that this appeal is stayed. *See* 11 U.S.C. § 362(a) (automatic bankruptcy stay). It is further **ordered** that this appeal is abated, treated as a closed case, and removed from this Court's active docket.

Any party may reinstate the case by promptly filing a motion informing the Court that the automatic bankruptcy stay has been lifted or terminated and specifying what further action, if any, is required from this Court. Until such a motion to reinstate has been filed, the Court will take no further action other than to receive and hold any documents tendered during the period of suspension. *See* TEX. R. APP. P. 8.2. Any document filed while the proceeding is suspended will be deemed filed on the same day, but after, the Court reinstates the appeal. TEX. R. APP. P. 8.2, 8.3.

Unless a party successfully moves to reinstate or sever, this appeal will be an inactive case on the Court's docket. *See* TEX. R. APP. P. 8.3. For administrative purposes, the parties are **ordered** to notify this Court within 30 days of the conclusion of the bankruptcy case.

It is so **ORDERED**.

Judge's signature: ___/s/ Justice Peter Kelly_____
                ☒ Acting individually    ☐ Acting for the Court

Date: ___February 12, 2019_____